```
JACQUELYNE M. NGUYEN, Bar no. 249658
KSENIYA Y. STUPAK, Bar no. 309783
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
Email: kseniya@jacquelynenguyenlaw.com
```

JS-6

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>HOWARD DAVID HENRY,<br><br>  Defendant | No. CV19-7307 WDK (MAAx)<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Howard David Henry, in the principal amount of $79,526.22 plus interest accrued to February 3, 2020, in the sum of $123,978.24; with interest accruing thereafter at $17.96 daily until entry of judgment, for a total amount of $**203,504.46**.

DATED: February 6, 2020          By: _____
                                     William D. Keller
                                     U.S. District Court Judge

Page 1